**Augustus H. EVANS, Jr., Defendant Below, Appellant,**

**v.**

---

STATE of Delaware, Plaintiff
Below, Appellee.

No. 121, 2016

Supreme Court of Delaware.

Submitted: March 29, 2016

Decided: April 1, 2016

Reargument Denied April 21, 2016

Rehearing En Banc Denied
April 21, 2016

DISMISSED.